No. 96–6611. WILLIAMS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 96–6617. BAST v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 96–6619. WILKERSON v. NORGAARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6621. LENNOX v. EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96–6622. KILO v. DICKENSON ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–6624. ABDALLAH v. UNITED SAVINGS BANK ET AL. Ct. App. Cal., First App. Dist. Certiorari denied.

No. 96–6631. GEORGE v. PACIFIC-CSC WORK FURLOUGH ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6636. HERSHEY v. SANTA CLARA VALLEY HUMANE SOCIETY ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6637. GILLETTE v. TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–6642. MONTEZ GARCIA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6661. CAMPOS PEREZ v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 96–6701. SLONE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 96–6731. CHAMPION v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 96–6774. GREGORY C. v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S SERVICES. Sup. Ct. Cal. Certiorari denied.